UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Arnold J. Kozikowski,

      Plaintiff,                                       Case No. 05-73424

v.                                                          Hon. Nancy G. Edmunds

Commissioner of I.R.S., et. al.,

      Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion for summary judgment is hereby GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: June 15, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2007, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager